## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

BILLIE CHRIS DICKERSON and MELISSA SHERMAN, dba Alaska Valley Park & Sell,

        Debtor.

Case No. A09-00837-DMD
Chapter 11

**Filed On 11/23/09**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This case duly came before the court at a show cause hearing on November 23, 2009. Billie Dickerson and Melissa Sherman appeared on their own behalf. Fearghal McCarthy appeared telephonically on his own behalf. Mark Holdridge appeared telephonically on his own behalf. Charles Eddy appeared at the hearing. After a review of the file and hearing the comments of the parties, IT IS ORDERED:

The chapter 11 petition of the debtor is dismissed without prejudice.

DATED:    November 23, 2009.

                            BY THE COURT

                            /s/ Donald MacDonald IV
                            DONALD MacDONALD IV
                            United States Bankruptcy Judge

Serve:    Pro Se Debtor
            Mark Holdridge
            M. Parise, Esq.
            U.S. Trustee
            Case Manager/Case Closing Clerk

            11/23/09